1056

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-05997-3, LeRoy McCullough, J., entered
May 18, 1992. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
SNOOK, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 92-8-00021-9, Charles R. Snyder, J. Pro
Tem., entered July 2, 1992. *Dismissed* by unpublished per
curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v.
L.E.A., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-02512-8, Faith Enyeart, J., entered July 29,
1991. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Pekelis, A.C.J., and Kennedy, J.

ROBERTA TATE, *Individually and as Personal
Representative, Appellant*, v. FIBREBOARD
CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 89-2-00435-2, David A. Nichols, J., entered
November 3, 1992. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Scholfield and Baker, JJ.